ACCEPTED
04-15-00362-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/2/2015 2:34:14 PM
KEITH HOTTLE
CLERK

## NO. 04-15-00362

| | | |
|---|---|---|
| JAVAN P. SMITH | § | IN THE FOURTH COURT |
| Appellant, | § | FILED IN 4th COURT OF APPEALS |
| | § | SAN ANTONIO, TEXAS |
| v. | § | 11/2/2015 2:34:14 PM OF APPEALS |
| | § | KEITH E. HOTTLE |
| | § | Clerk |
| DC CIVIL CONSTRUCTION, LLC | § | |
| Appellee. | § | SAN ANTONIO, TEXAS |

### APPELLEE'S AND COURT REPORTER'S CONTEST OF AFFIDAVIT OF INDIGENCY

## TO THE HONORABLE JUSTICE OF SAID COURT:

NOW COMES DC CONSTRUCTION, LLC, Appellee, and Kay Counsellor, the Court Reporter who made a record of the trial of the cause of action which Appellant now challenges, who would respectfully show the Court as follows:

### I.

Javon Smith, Appellant, paid $10,000.00 into the Registry of the Bexar County Courts at Law, in an attempt to supersede the Judgment of the Court.

### II.

Appellant has failed to file an "Affidavit of Indigence" as required by Rule 20.1(a)(2), Texas Rules of Appellate Procedure (TRAP). Appellant has not provided all information required by Rule 20.1(b), TRAP, nor met the requirements of Rule 20.1.(c)(2).

### PRAYER

WHEREFORE, premises considered, Appellee and the Court Reporter pray that Appellant's affidavit of indigence be denied.

Respectfully Submitted,

THE LAW OFFICE OF ROBERT N. RAY

Robert N. Ray, State Bar No. 16606500
7272 Wurzbach Road, Suite 1401
San Antonio, Texas 78240
Email: robertnray@sbcglobal.net
210-733-4399 – telephone
210-733-9819 – fax
ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that Appellee's and Court Reporter's Contest of Affidavit of in was served the _2nd_ day of _November_ , 2015, as follows:

Via Certified Mail Return Receipt Requested
Javan P. Smith
8806 Shoshoni Trail
San Antoino, Texas 78225
Appellant

ROBERT N. RAY